UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
IN OPEN COURT

MAY 2 4 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.   ACTION NO: 2:21cr6
 ACTION NO: 2:21cr20

DIANA WILHELMSEN
MANAGEMENT LIMITED,

      Defendant.

## REPORT AND RECOMMENDATION
## CONCERNING GUILTY PLEAS

The defendant, Diana Wilhelmsen Management Limited, by consent, has appeared before the undersigned United States Magistrate Judge pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of guilty to a one-count criminal information filed in action number 2:21cr6 and a plea of guilty to a one-count criminal information filed in action number 2:21cr20. The defendant was represented by attorneys Gregory Linsin and Kierstan Carlson.

After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned determined that the guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of the offenses. Accordingly, the undersigned **RECOMMENDS** that the guilty pleas be accepted and that the defendant be adjudged guilty of count one of the criminal information filed in action number 2:21cr6, and be adjudged guilty of count one of the criminal information filed in action number 2:21cr20.

Either party may object to the foregoing by filing written objections to this Report and Recommendation within fourteen (14) days from the date of its service. Failure to do so bars an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

The Clerk is directed to deliver a copy of this Report and Recommendation to counsel for the United States and to counsel for the defendant.

_/s/ Robert J. Krask_
Robert J. Krask
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
May 24, 2021